**98–1487. State v. Gross.**
Huron App. No. H–97–049. On review of order certifying a conflict. The court determines that a

conflict exists; *sua sponte*, cause held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21; briefing schedule stayed.